# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DAVID HANSON,                     No. 2:17-CV-0167-JAM-CMK

       Plaintiff,

  vs.                                                         ORDER

THOMAS A. FERRARA, et al.,

       Defendants.

_____ /

      Plaintiff, a former inmate proceeding pro se, brings this civil action. Pending before the court is defendant Foor's motion to dismiss. No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for May 17, 2017, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

 DATED: May 16, 2017

                                       _____
                                     **CRAIG M. KELLISON**
                                     UNITED STATES MAGISTRATE JUDGE