**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT DAVID HANSON, | No. 2:17-CV-0167-JAM-CMK |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| THOMAS A. FERRARA, et al., | |
| Defendants. | |

        Plaintiff, who is proceeding pro se, bring this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On September 13, 2017, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 13, 2017, are adopted in full;
2. Defendant Foor's unopposed motion to dismiss (Doc. 8) is granted;
3. This action is dismissed for failure to state a claim; and
4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: 12/19/2017

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE